IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LESTER LORENZO RUMMANS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:22-cv-02046-M-BT |
| | § | |
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MASTR REPERFORMING LOAN TRUST 2005-2, SPECIALIZED LOAN SERVICING, LLC, and NORTHSKY LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendations of United States Magistrate Judge Rebecca Rutherford dated September 1, 2023. The Court has reviewed the Findings, Conclusions, and Recommendations for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendations of the United States Magistrate Judge.

**SO ORDERED**, this 25th day of September, 2023.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE