UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LESTER LORENZO RUMMANS, § § Plaintiff, § § v. § § HSBC BANK USA, NATIONAL § ASSOCIATION AS TRUSTEE FOR § MASTR REPERFORMING LOAN § TRUST 2005-2, SPECIALIZED LOAN § SERVICING, LLC, and NORTHSKY § LLC, § § Defendants. § | Case No. 3:22-cv-02046-M-BT |

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled as is the request to supplement the summary judgment record, which has been closed for quite some time. The Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 8th day of February, 2024.

*[signature: Barbara M. G. Lynn]*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE