IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LESTER LORENZO RUMMANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | CIVIL ACTION NO. |
| HSBC BANK USA, NATIONAL | ) | |
| ASSOCIATION, AS TRUSTEE FOR | ) | 3:22-CV-2046-G |
| MASTR REPERFORMING LOAN | ) | |
| TRUST 2005-2, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the Findings, Conclusions, and

Recommendation of the United States Magistrate Judge dated May 22, 2026 (docket

entry 154).  No objections were filed.  The court has reviewed the Findings,

Conclusions, and Recommendation for plain error.  Finding none, the court

**ACCEPTS** the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge.

　　　**SO ORDERED.**

July 7, 2026.

_A. Joe Fish_____

**A. JOE FISH**
**Senior United States District Judge**